Snare & Triest Company. S. Chard, of New York City, for appellant. H. M. Hitchings, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

ROBINSON v. LOWENSTEIN et al. (Supreme Court, Appellate Division, First Department. March 28, 1913.) Action by Julius Robinson against Morris Lowenstein and others. No opinion. Application denied, with $10 costs. Order signed.

ROBINSON, Respondent, v. ROBINSON, Appellant. (Supreme Court, Appellate Division, First Department. February 28, 1913.) Action by Ida F. Robinson against Benjamin Robinson. J. R. Schiff, of New York City, for appellant. S. Blumberg, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

ROGOWSKI v. BRILL (two cases). (Supreme Court, Appellate Division, First Department. February 28, 1913.) Actions by Henri Rogowski against Max Brill. No opinion. Motions denied, with $10 costs. Orders filed. See, also, 153 App. Div. 894, 137 N. Y. Supp. 1140.

ROLAND, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 5, 1913.) Action by William Roland against the International Railway Company. No opinion. Judgment and order (136 N. Y. Supp. 290) affirmed, with costs.

ROOTMAN v. CITY OF NEW YORK (two cases). (Supreme Court, Appellate Division, First Department. February 28, 1913.) Actions by Wolf Rootman and by Dora Rootman against the City of New York. No opinion. Motion granted, unless appellants comply with terms stated in order. Order filed. See, also, 140 N. Y. Supp. 1143.

ROOTMAN, Respondent, v. CITY OF NEW YORK, Appellant (two cases). (Supreme Court, Appellate Division, First Department. March 28, 1913.) Actions by Dora Rootman and by Wolf Rootman against the City of New York. H. Crone, of New York City, for appellant. A. J. Levine, of New York City, for respondent. No opinion. Judgments and orders affirmed, with costs. Orders filed. See, also, 140 N. Y. Supp. 1143.

ROPP, Respondent, v. WILLIAM MORRIS, Inc., Appellant. (Supreme Court, Appellate Division, Second Department. February 28, 1913.) Action by Jay W. Ropp against William Morris, Incorporated. No opinion. Judgment and order unanimously affirmed, with costs.

ROSE v. KEEN. (Supreme Court, Appellate Division, First Department. March 14, 1913.) Action by Henry W. Rose against Joseph Keen. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed.

ROSENTHAL v. SINGERMAN. (Supreme Court, Appellate Division, First Department. February 14, 1913.) Action by Berenice Y. Rosenthal against Samuel A. Singerman. No opinion. Application denied, with $10 costs. Order signed.

RUGG, Respondent, v. HEIMLICH, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 5, 1913.) Action by John A. Rugg against John Heimlich. No opinion. Order affirmed, with $10 costs and disbursements.

RUMSEY, Appellant, v. RUMSEY, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 26, 1913.) Action by Emma C. Rumsey against Frank Rumsey. PER CURIAM. Order affirmed, with $10 costs and disbursements. ROBSON, J., dissents. KRUSE, J., not sitting.

SADAN, Respondent, v. B. CRYSTAL & SON, Appellants. (Supreme Court, Appellate Division, First Department. March 28, 1913.) Action by Franz Sadan against B. Crystal & Son. J. M. Proskauer, of New York City, for appellants. F. V. Johnson, of New York City, for respondent. PER CURIAM. Judgment and order affirmed, with costs, on 151 App. Div. 950, 136 N. Y. Supp. 1146. Order filed. CLARKE and SCOTT, JJ., dissent.

SCHIFF et al. v. KRAMER. (Supreme Court, Appellate Division, First Department. February 14, 1913.) Action by Israel Schiff and others against Max J. Kramer. No opinion. Application denied, with $10 costs. Order signed.

SCHMIEG, Appellant, v. MAGNUS BECK BREWING CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 24, 1913.) Action by Sarah Schmieg against the Magnus Beck Brewing Company. No opinion. Judgment affirmed, with costs.

SCHMITT, Appellant, v. BORDEN'S CONDENSED MILK CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 20, 1913.) Action by Jacob Schmitt against Borden's Condensed Milk Company. No opinion. Judgment of the County Court of Kings County affirmed, with costs.

SCHNEIDER et al., Appellants, v. GOLDFINGER, Respondent. (Supreme Court, Appellate Division, First Department. March 7, 1913.) Action by Jacob Schneider and another